1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELFINO SALAZAR, <br><br> Plaintiffs, <br><br> v. <br><br> CVS PHARMACY, INC., <br><br> Defendant. | Case No.:  24-cv-0702-BAS-MMP <br><br> **ORDER GRANTING JOINT MOTION OF THE PARTIES TO CONTINUE EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE** <br><br> [ECF No. 8] |

Before the Court is the Joint Motion of the Parties to Continue Early Neutral Evaluation and Case Management Conference ("Joint Motion"). [ECF No. 8.] The Parties request the Court continues its Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") to July 15, 2024 or any date thereafter. The Parties report they "are currently engaged in informal settlement negotiations and anticipate that there may be the ability to come to settlement agreement without Court intervention. . . ." To facilitate such discussions, "[c]ounsel for Plaintiff has recently exchanged requested documents to counsel for Defendant in support of Plaintiff's claims, which require some time to review and evaluate, and may affect the settlement position of the Parties."

1

Having reviewed the Parties submissions, and for good cause appearing, the Court **ORDERS** the following:

1. The Court **GRANTS** the Parties' Joint Motion. [ECF No. 8.]

2. The Court **RESETS** the ENE and CMC, initially scheduled for June 17, 2024, to **July 19, 2024** at **10:00 a.m.** The Parties shall lodge confidential statements and their respective list of participants no later than **July 9, 2024**. [*See* ECF No. 7, Appendix A.] No later than **July 12, 2024**, the Parties shall file a Joint Discovery Plan on the CM/ECF system and exchange initial disclosures pursuant to the Rule 26(a)(1)(A)–(D) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Dated:  May 30, 2024

HON. MICHELLE M. PETTIT
United States Magistrate Judge